**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 19-1245**

STEVEN FARR,

        Plaintiff - Appellant,

    v.

UNITED STATES OF AMERICA,

        Defendant - Appellee,

    and

UNITED STATES AIR FORCE, a branch of the United States Government;
DJALMA A. BRAGA,

        Defendants.

Appeal from the United States District Court for the District of South Carolina, at
Columbia.  Cameron McGowan Currie, Senior District Judge.  (3:18-cv-02061-CMC)

Submitted:  November 30, 2020           Decided:  January 19, 2021

Before WYNN, DIAZ, and FLOYD, Circuit Judges.

Affirmed by unpublished per curiam opinion.

John S. Keffer, KEFFER LAW FIRM, Sumter, South Carolina, for Appellant.  A. Lance
Crick, Acting United States Attorney, Christie V. Newman, Assistant United States

Attorney, OFFICE OF THE UNITED STATES ATTORNEY, Columbia, South Carolina, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM

Steven Farr appeals the district court's orders dismissing as untimely his suit under the Federal Tort Claims Act, 28 U.S.C. §§ 1346(b)(1), 2671-2680, and denying reconsideration. We have reviewed the record and find no reversible error. We therefore affirm for the reasons stated by the district court. *Farr v. United States*, No. 3:18-cv-02061-CML (D.S.C. Dec. 3, 2018 & Feb. 25, 2019). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*